# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 30, 2025

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

Re:  CPC Patent Technologies Pty Ltd.
v. Apple Inc.
No. 25-375
(Your No. 2024-1278, 2024-1354)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 26, 2025 and placed on the docket September 30, 2025 as No. 25-375.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst